**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



neopost
03/12/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962

19cv1698
9

3/12/2019

**Manuel Von Ribbeck**
Ribbeck Law Chartered
505 N Lake Shore Drive, Suite 102

NIXIE        600    DC 1           0003/27/19
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD